*FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
APR -9 AM 10: 52

for the

Middle District of Florida

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Ocala Division

|  |  |
|---|---|
| Selia Ann Pray & William Pray and 7 minors <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Marion County Florida <br> Marion County Board of County Commissioners <br> Marion County Building & Permits <br> Jeff Ball & Steven Holmes <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. 5:19-cv-177-0c-30PRL <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*   ☒ Yes   ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Selia Pray & William Pray |
| Address | 2986 NE 163 Lane |
| | Ocala, Fl 32113 |
| | *City / State / Zip Code* |
| County | Marion |
| Telephone Number | (352)595-7229 or (352)638-8085 |
| E-Mail Address | mrs091971@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Marion County Florida |
| Job or Title *(if known)* | |
| Address | 601 SE 25th Ave. |
| | Ocala, Fl 34471 |
| | *City / State / Zip Code* |
| County | Marion |
| Telephone Number | 352-438-2300. |
| E-Mail Address *(if known)* | https://www.marioncountyfl.org/ |

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Marion County Building & Permits Depart/Michael L. Savage, |
| Job or Title *(if known)* | Director |
| Address | 2710 E Silver Springs Blvd |
| | Ocala, Fl 34470 |
| | *City / State / Zip Code* |
| County | Marion |
| Telephone Number | 352-438-2400 |
| E-Mail Address *(if known)* | Michael.salvage@marioncountyfl.org |

☐ Individual capacity  ☒ Official capacity

I.  **The Parties to This Complaint**

   B. **The Defendant(s)**

   Defendant No. 5

   | | |
   |---|---|
   | Name | Marion County Board of County Commissioners |
   | Job or Title | |
   | Address | 601 SE 25th Ave |
   | | Ocala    Fl    34471 |
   | County | Marion |
   | Telephone Number | 438-2323 |
   | E-Mail Address | |

   Individual capacity    X Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | Jeff Ball |
| Job or Title *(if known)* | Permitting & License Investergator |
| Address | 2710 E Silver Springs Blvd |
| | Ocala, Fl 34470 |
| | City / State / Zip Code |
| County | Marion |
| Telephone Number | 352-438-2400 or 352-572-6283 |
| E-Mail Address *(if known)* | jeff.ball@marioncountyfl.org |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Steven Holmes |
| Job or Title *(if known)* | Code Enforcement Officer |
| Address | 2710 E Silver Springs Blvd |
| | Ocala, Fl 34470 |
| | City / State / Zip Code |
| County | Marion |
| Telephone Number | 352-671-8908 |
| E-Mail Address *(if known)* | steven.holmes@marioncountyfl.org |

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment a governmental employee or agent of the government violates an individual's reasonable expectation of privacy. And the Fifth and Fourteenth Amendments of the United States Constitution limit the power of the federal and state governments to discriminate

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

        see Attatchment #1

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        At my home: 2986 NE 163 Lane Citra FL. 32113
        And Marion County Building & Permits 2710 SE Silver Springs Blvd Ocala Fl. 34470

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        *On or around January 25 2018 approximatly 3pm *March March 4 2019 Aproximatly 3:00pm
        *March 28 2019 aprx.8am *March 30 2019 aprx 3pm April 1 2019 aprx 8am April 03 2019

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

        See attatchment #2

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Retore my rights to privacy
Restore my right not to be discrimanated against or targeted as I am the minority in my community.
$1000000.00 for mental anguish for me and my family.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-9-19

Signature of Plaintiff
Printed Name of Plaintiff    Selia A Pray / William H Pray Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
               City        State        Zip Code
Telephone Number _____
E-mail Address _____

# **Attachment #2**

Violation of privacy Marion County Florida thru the authority given by Board of County Commissioners to Marion County Code enforcement Department and Officer Steven Holmes. Officer Steven homes continue to visit my residence and peek over my privacy fence to try and find violation my property is surrounded completely by privacy fence. I have the right to be secure in my home and property without worrying about is someone taking pictures of me.

Discriminated against because I am a minority in my community of Lake and Meadows Officer Steven homes continue to visit my residence and peek over my privacy fence to try and find violation he claims that my neighbors are complaining that my yard is nuisance I can't see the possibility of my yard being a nuisance when is surrounded completely by privacy fence.


My right to adequate housing by Marion County Florida thru the authority given by Board of County Commissioners to Marion County Code enforcement Department and Inspector Jeff Ball aligning with his coworkers to threaten the adequate housing for my family. By alleging the we are occupying our home illegally when we are not.

We are being targeted and discriminated against by Marion County and its employees, our property is enclosed with privacy fence. I feel that if it's because I'm black and I am a minority in my community. We are being targeted cause I drive thru the neighborhood and see multiple violations without even having to try to peep over someone's privacy fence. Officer Steven Holmes has on multiple occasions Pass my neighbors with all their violations to climb on items to peek over and take pictures beyond and over my privacy fence.

# **Attachment #1**

We are being targeted and discriminated against by Marion County and its employees, our property is enclosed with privacy fence and they are violating our 4th amendment right to privacy on my property to cite me with bogus violations. unserviceable vehicles, so called junk and no one lives in the RV it is currently being used for storage. I feel that if it's because I'm black and I am a minority in my community. It is clear we are being targeted cause I drive thru the neighborhood and see multiple violations without even having to try to peep over someone's privacy fence. At this point We feel that we need legal representation in order to live here and secure our 4th amendment right "the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." Officer Steven Holmes has on multiple occasions climb on items to peek over and take pictures beyond and over my privacy fence.

On March 28, 2019 while trying to secure a permit to install a storage shed on my property, Marion County employees accused me of occupying a mobile home without a certificate of occupancy. I informed them that I had meet all requirements of inspections in 2014. They told me the permit was expired. I returned on April 1, 2019 with documents singed by their employee Joe Glenn which I obtained from my electric company. I was told it was a matter of Interpretation and that Mr. Glenn no longer work for them.

Marion County Florida hired bias employees that deviate from their own rules and regulations for certain individuals.

On April 1st I received a letter from Mr. Jeff Ball stating that I had Until May 30 2019 to pay for a permit that is already been finalise and they keep adding more and more fees as 2 make it unaffordable for me in my family to live in our residence I have 7 children and nowhere else to go.