UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SELIA ANN PRAY and WILLIAM PRAY, and 7 Minors**

    **Plaintiffs,**

v.                                                                              Case No: 5:19-cv-177-Oc-30PRL

**MARION COUNTY, FLORIDA, MICHAEL L SAVAGE, MARION COUNTY BOARD OF COUNTY COMMISSIONERS, JEFF BALL and STEVEN HOLMES**

    **Defendants.**

## REPORT & RECOMMENDATION[1]

*Pro se* Plaintiffs have filed a motion to proceed *in forma pauperis* (Doc. 2). By prior order, the Court conducted a frivolity review of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and noted that Plaintiffs' complaint failed to state a claim on which relief could be granted. (Doc. 7). The deficiencies of Plaintiffs' complaint are outlined in the Court's prior order. (Doc. 7). Plaintiffs were granted until June 10, 2019 to file an amended complaint.

Plaintiffs have failed to file an amended complaint, and the time for doing so has expired. Accordingly, it is **recommended** that Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be **denied**, and this case **dismissed without prejudice**.

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); Local Rule 6.02. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**Recommended** in Ocala, Florida on June 18, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy